STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

William E. Wright, Jr.
Deutsch, Kerrigan & Stiles
755 Magazine St.
New Orleans LA 70130-3672

Charlotte C. Meade
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans LA 70130

**REHEARING ACTION: January 14, 2015**

**Docket Number: 14   00248-CA**

**HOLLOWAY DRILLING EQUIPMENT, INC., ET AL.**
**VERSUS**
**DANIELLE BODIN, ET AL.**

**Appealed from Lafayette Parish Case No. C-20101717**

**BEFORE JUDGES:**

  **Hon. Sylvia R. Cooks**
  **Hon. Jimmie C. Peters**
  **Hon. Marc T. Amy**
  **Hon. James T. Genovese**
  **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for en banc rehearing, or in the alternative, application for rehearing filed by **Gregory**

**Inzerella** has this day been

  **DENIED.**
  Amy, J., would grant the rehearing and the en banc request.
  Conery, J., would grant the rehearing and the en banc request.

cc: Louis Clayton Burgess, Counsel for the Appellant
    Steven Charles Lanza, Counsel for the Appellee
    John Kevin Stockstill, Counsel for the Appellee
    Latoya P. Jordan, Counsel for the Appellee
    S. Brooke Barnett, Counsel for the Appellee
    Michael A. Patterson, Counsel for the Appellee
    William H. Parker, III, Counsel for the Appellee